UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Emmanuel Quiles_

13 CV 0190

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_Joel Pichardo_
_Miguel Martinez_
_Reagan Okieme_
_Natasha Dummeyer_
_Adam Goldsmith_
_Melshawm Scott_
_Jorge Espinal_
_Courtney Faagam_
_Alisson Diaz_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name _Quilez, Emmanuel_
ID # _12A0829_
Current Institution _Great Medow Correctional Facility_
Address _Box 51, Comstock, NY. 12821_

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

2013 JAN -7 P 3:26
RECEIVED
SDNY PRO SE OFFICE

Rev. 05/2010                                  3

Defendant No. 1   Name Officer Joel Pichardo   Shield # 370
Where Currently Employed Charles H. Gay Shelter
Address One Corner building, 125 street Ward's Island, NY. 10035

Defendant No. 2   Name Sergeant Miguel Martinez   Shield # 836
Where Currently Employed Charles H. Gay Shelter
Address One Corner building, 125 street Ward's Island, NY. 10035

Defendant No. 3   Name Officer Reagan Okieme   Shield # 289
Where Currently Employed Charles H. Gay Shelter
Address One Corner building, 125 street Ward's Island, NY. 10035

Defendant No. 4   Name Detective Natasha Dummeyer   Shield # 601
Where Currently Employed Charles H. Gay Shelter
Address One Corner building, 125 street Ward's Island, NY. 10035

Defendant No. 5   Name Officer Adam Goldsmith   Shield # 257
Where Currently Employed Charles H. Gay Shelter
Address One Corner building, 125 street Ward's Island, NY. 10035

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? Charles H. Gay Shelter

B. Where in the institution did the events giving rise to your claim(s) occur? At time of my Arrest, in RFK bridge, Ward's Island.

C. What date and approximate time did the events giving rise to your claim(s) occur? July 5, 2010 Approximate time: 11:15 A.m.

Rev. 05/2010                    4

Defendant No. #6  Name Officer Melshawm Scott  Shield # 234
Where Currently Employed Sharles H. Gay Shelter
Address One Corner building, 125 street
Ward's Island NY. 10035

Defendant No. #7  Name Officer Jorge Espinal  Shield # 413
Where Currently Employed Sharles H. Gay Shelter
Address One Corner building, 125 street
Ward's Island, NY. 10035

Defendant No. #8  Name Officer Courtney Faagam  Shield # 300
Where Currently Employed Sharles H. Gay Shelter
Address One Corner building, 125 street
Ward's Island, NY. 10035

Defendant No. #9  Name Officer Alissom Diaz  Shield # 187
Where Currently Employed SHarles H. Gay Shelter
Address One Corner building, 125 street
Ward's Island NY. 10035

Defendant No. #10  Name _____ Shield # _____
Where Currently Employed _____
Address _____

D.   Facts:

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

I, Emmanuel Quiles do swear that the following is a true statement, IN GOD WE TRUST.

I'm using a interpreter because, I not handle to the perfection the english language. I'm spanish speaker.

The events described here took place at the time of arrest.

On the date July 5th, 2010, on RFK bridge Ward's Island, New York County, I was walking when I heard one voice said: stop, I turned my head to behind and saw the officer Joel Pichardo accompanied by other officers, at the moment I saw them, imediately stopped walking and turned towards them, they were all running towards me, with the officer Joel Pichardo who led, exposing his night stick, upon Reaching me, without warning, they began to beat me with their sticks. The brutal assault lasted about 3 minutes and resulted in broken teeth; a fractured hand; brused Ribs and hips and numerous areas of swelling on my

continue Next page →

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. broken teeth, broken Hand multiple contusions ptg-face, torso & ex. and Today I'm suffering from the consequences. the next pages have some copies from my medical record.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

head and face. I could only call out to God for help as the assault continued. Thinking and feeling as thought they were going to kill me. Whe they stopped, I was unable to move as an immediate result. I was ordered to stand up, but could only cry from the pain. It even hurt to breath, as I lay on the concrete, I was ordered again, to stand up. I was grabbed by my arms and pulled up on to my feet. I could not stand up due to the injuries to my hips and ribs. They then picked me up off the ground and dropped me onto the floor and began beating me again, for what seemed like forever. I was dragged to the NYPD patrol car and transported to the Charles H. Gay Shelter precient and seated on a bench, cuffed and then recorded me sitting there. I was questioned for my wallet but I was not able to produce it due to the handcuffs and injuries. I was then assaulted once more for not being able to produce it. They would pull me, knowing my hands were cuffed while all the while I pleaded for them to stop. I felt as though my arms would be broken. I complained and pleaded. I informed them that I would file a complaint at which they responded with taunts. I was then taken to the hospital and was told, while there, that I would be interviewed by a Captain. I was never interviewed. Officer Joel Pichardo had lied to me, no one spoke with at the hospital. I spent about 5 hours on a bench, in horrible pain. I was taken to the emergency Room at Metropolitan Hospital Center.
I was seen by medical staff and questioned to sign some papers, of which due to the injuries, I could not.

Continue next page →

The officers escorting signed, I was in terrible pain and could barely move. I was ordered to stand and could not. I was grabbed by my legs and let fall to the ground. I was pulled up dragged to a DHS. vehicle and taken to MDC. Facility.

For detainment, as a result from these injuries I have problems eating ~~things~~ as several teeth were broken. I have problem gripping things at times and when is cold or raining. I get headache everyday. My civil rights were violated.
None of the serius injuries suffered were addressed at the hospital and I now suffer from mental stress and depress as a result.


This is a translation of events as I am not fluent or literate in the english language.

**Metropolitan Hospital Center**
**Department of Emergency Medicine**
1901 First Avenue
New York, NY 10029
212-423-6466

*Your labs were ok.*

160 7056

Emmanuel Quiles
Patient Name

farrington plate

**Discharge Instructions for:** _musculoskeletal pain_
(condition)

The emergency examination and treatment you received today is not intended to provide you with a complete medical workup. You should follow-up with a physician for further evaluation and treatment. If you have any questions or concerns regarding your emergency department treatment, please return to the Emergency Department. Notify your own physician for any new or remaining problems. If you are concerned about those problems, please return to this or any other Emergency Department. Otherwise, follow these instructions below.

The results of x-rays, ultrasounds, blood tests and EKGs are preliminary at this time. They will be reviewed by a specialist, usually within 24 hours. Should it be necessary, you will be contacted. Notify your primary care physician if you had such tests done during your emergency visit.

Please make sure that you have notified the physicians and nurses of all of your past medical and surgical history as well as any medications (including over-the-counter and herbal preparations) that you are currently taking.

Return to the Emergency Department, or any other emergency Department, for any current or new problem that you think may be a serious threat to your health. These problems vary depending on your underlying condition, but include such problems as high fever, severe pain, shortness of breath, persistent vomiting, excessive diarrhea, heavy bleeding, black stools, seizure/convulsion or change in behavior. Ask your nurse or doctor to inform you of any problems that may be more specific to your visit today.

Continue taking any previously prescribed medications, in addition to any new ones from today, unless otherwise informed. Please make sure that you have informed us today of all of your medications and allergies to medications/ foods, including any recently changed by any other doctor.

**Medications:** _Motrin 400 mg tablet every 6 hrs for a_
_as needed._

Please pick up or ask for any printed educational materials that we may have specific to your probable condition.

Make an appointment to:
☒ follow up with your primary care provider within __7__ days. If you don't have a primary care provider, you can call our clinic appointment center at 212-423-7000 for an appointment to the _____ clinic. Inform them that you need to be seen within this number of days.
☐ follow up in _Medical_ clinic within _14_ days at 212-423-7000.
☐ follow up in _____ clinic within _____ days at 212-423-7000.

**Additional Instructions:** _Please see your PCP or the medicine_
_clinic with any new concerns. Avoid lifting._
_Keep hydrated with water._

These instructions have been explained to me and I fully understand. I also certify that my address and or phone number / emergency contact information provided is accurate.

Patient Signature _____ Phone # _____ PA / MD Signature _____ RN/RT Signature _____ Date _7/5/12_ Time _05:30 pm_

White copy: Chart     Yellow copy: Patient

MHC:052-5/06