# CONSULTATION REQUEST 8/15

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

OMDC

Name: QUILEZ, EMMANUEL   DOB: 2/20/83

MDC - 6E   Inmate no. 3491010973
Correctional institution

Referred to: Surgery   Ward / Clinic

Hospital _____ / Clinic No. _____

**Leave blank for hospital use**
Consult Review
On Island Specialty Clinic
☐ No Action Needed
☐ See Progress Note
Signature: _____

CURT WALKER, RPA-C   8-17-10
Name Stamp   Date

Complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Please see Re:
Surgical removal
of ganglion cyst
@ (R) dorsal hand

Dr. Sharma
Signature: _____
Date: JUL 15 2010

Request:

Date: 7/15/10   Referring Physician: _____
Bessie Flores-Clemente
Physician Assistant
Phone: _____   Priority Value: Routine   Approved: _____

Consultation, findings and recommendations:

Alleged attack July 5-10.
Pain to head of 2nd metacarpal.
XR -
Non tender.
refer to hand.

Date: 8/10/10   Physician: _____
Pierre Van Bockelaele, MD
Surgery

Reminder: Fully Complete the Problem List

| DATE PPD IMPLANTED | RESULT | DATE READ | INITIAL |
|---|---|---|---|
| 7/6/2010 | 00mm as per I.Davis LPN | 7/8/2010 | Fquashie |
| | | | |

| IMMUNIZATION | DATE |
|---|---|
| Hepatitis B1 | Refused - 7/6/2010 |
| | |
| | |
| | |
| | |
| | |
| | |

| LABORATORY DATA | DATE ORDERED | RESULT | RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|---|---|---|
| Chlamydia/GC Urine | 7/6/2010 | Abnormal | Chest 1 View | 7/7/2010 | | |
| Dipstick | 7/6/2010 | | Hand Right Ap, Oblique, Lateral | 8/10/2010 | | |
| PPD | 7/6/2010 | 00mm as per I.Davis LPN | Hand Right Ap, Oblique, Lateral | 8/20/2010 | 8/24/2010 | Refused |
| RPR | 7/6/2010 | Normal | Hand Right Ap, Oblique, Lateral | 12/28/2010 | 12/30/2010 | FINDINGS: There is an old fracture of the ulnar styloid. There is no acute fracture line. There is no abnormal soft tissue calcification. |
| STD Urine Screen | 7/6/2010 | | | | | |
| HIV Rapid | 7/8/2010 | Declined 2nd offer | | | | |
| HIV Rapid | 7/10/2010 | Refused 2nd offer | | | | |
| HIV Rapid | 8/17/2010 | Negative - DOH | | | | |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Medical Followup - s/p multiple contusions | 7/7/2010 | Medical | MDC | 7/15/2010 |
| Nursing Followup - hiv test | 7/9/2010 | Abnormal Labs | MDC | 7/10/2010 |
| Specialty - 7/15/10 | 7/16/2010 | Surgery | WF | 8/10/2010 |
| Specialty - 8/10/10 | 8/11/2010 | Hand | WF | 8/19/2010 |
| Specialty - S/R | 9/28/2010 | Dental Initial Exam | GMDC | 10/1/2010 |
| Specialty - S/R | 10/5/2010 | Dental Initial Exam | GMDC | 10/11/2010 |
| Specialty - f/u cleaning | 10/26/2010 | Dental Initial Exam | GMDC | 10/28/2010 |
| Nursing Followup - lipid profile HgbAc-1 | 12/1/2010 | Lab Work | GMDC | |
| Specialty - s/r 11/31 | 12/16/2010 | Dental Initial Exam | GMDC | |



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
**CORRECTIONAL HEALTH SERVICES**

## PROGRESS NOTE

QUILEZ, EMMANUEL
3491010973

EVERY ENTRY MUST BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| 7/15/10 MIC man 12N | F/U Note / S/ Pt here for f/u: s/p multiple contusions. Pt reports all of them (contusions) are gone. Pt c/o swelling @ R hand noticed x couple days ago. Denies pain @ L UNWD VS BP 118/70 mmHg P 66 beats/min R 16 breaths/min T 98.2°F RUE ⊕ swelling @ R dorsal hand c/w ganglion cyst, nontender, no ↑ up A - Ganglion Cyst P - Bed ddne. Surgery Consult generated. /BF Bessie Flores-Clemente Physician Assistant |
| 8/06/10 MIC AM | Seen w/hand /BF Bessie Flores-Clemente, PA |

# NYC Health

**DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

THE NEW YORK CITY DEPARTMENT of HEALTH and MENTAL HYGIENE

## PROBLEM LIST

| Patient's Last Name | First Name |
|---|---|
| Quliez | Emmanuel |

| Book & Case Number | NYSID Number |
|---|---|
| 349-10-10973 | 09193014Q |

| DOB | ALLERGIES: nka |
|---|---|
| 2/20/1983 | |

| CHRONIC MEDICAL PROBLEMS | DATE LISTED | PSYCHIATRIC DSM IV DIAGNOSIS | DATE LISTED |
|---|---|---|---|
| s/p multiple contusions 3days pta-face, torso & ex | 7/7/2010 | | |
| Chlamydia + u/a by DNA amp. | 7/9/2010 | | |
| 1Resolved Multiple Contusions 2Ganglion Cyst | 7/15/2010 | | |

| SUICIDE WATCH | DATE ON | DATE OFF |
|---|---|---|
| | | |

| SUICIDE RISKS | DATE LISTED |
|---|---|
| | |

**INMATE HAS CONTRAINDICATIONS FOR**

**Category A (Chemical Agents):**
*Medically contraindicated if the patient has*  ☐ Asthma  ☐ Chronic Obstructive Pulmonary Disease (COPD)

**Category B (Stun Shield):**
*Medically contraindicated if the patient has ANY of the following conditions:*   (Check All That Apply)

☐ Pregnancy   ☐ Hypertension   ☐ Pace Maker   ☐ Asthma   ☐ Seizure   ☐ Diabetes   ☐ Cardiac Disease
☒ NO CONTRAINDICATIONS

Signature:   Joseph McCready                                                                        Date:   7/7/2010

# MENTAL STATUS

| ORIENTATION TO: | APPEARANCE | RELATEDNESS | PSYCHOMOTOR ACTIVITY | ATTITUDE | SPEECH | MOOD |
|---|---|---|---|---|---|---|
| ☒ Time<br>☒ Place<br>☒ Person | ☐ Good<br>☒ Fair<br>☐ Poor | ☐ Good<br>☒ Fair (initial)<br>☐ Poor | ☐ WNL<br>☐ Retardation<br>☒ Agitation | ☐ Good<br>☐ Fair<br>☐ Poor | ☐ Coherent  ☒ Pressured<br>☐ Incoherent  ☐ Spontaneous<br>☐ Normal Rate | ☐ Euthymic  ☒ Irritable<br>☐ Anxious  ☐ Elated<br>☐ Depressed  ☒ Angry |

| AFFECT | THOUGHT PROCESS | DELUSIONS | HALLUCINATIONS |
|---|---|---|---|
| ☐ Full Range  ☐ Labile<br>☐ Blunted  ☒ Appropriate to Mood<br>☐ Constricted  ☐ Inappropriate to Mood<br>☐ Flattened | ☐ Logical  ☐ Blocked  ☐ Circumstantial<br>☐ Illogical  ☐ Impoverished  ☐ Tangential<br>☐ Relevant  ☐ LOA<br>☐ Irrelevant  ☐ FOI | ☒ None  ☐ Other:<br>☐ Persecution  ☐ Somatic  ☐ Grandiose<br>Content: | ☒ None  ☐ Auditory  ☐ Tactile<br>☐ Visual  ☐ Olfactory<br>Content: |

| JUDGMENT | INSIGHT | MEMORY | INTELLIGENCE | IMPULSE CONTROL |
|---|---|---|---|---|
| ☐ Good<br>☐ Fair<br>☐ Impaired | ☐ Good<br>☐ Fair<br>☐ Poor | ☒ No Memory Impairment<br>☐ Memory Impaired:<br>○ Remote  ○ Recent  ○ Immediate | ☐ Above Average<br>☐ Average<br>☐ Below Average<br>☐ Cognitive Impairment | ☐ Good<br>☐ Fair<br>☒ Poor |

## CLINICAL FORMULATION AND DIAGNOSIS:

Pt. is a 27 y/o Spanish-speaking Latino who presented to this writer by DOC. Via several attempts @ translation pt. was unclear surrounding his anger. His focus to call 911, when questioned further, pt. described feeling violated + his family @ "911". Following further questioning surrounding intent for self-injury, pt. replied "suicidal. Someone wants to suicide me." Pt extremely irate, appears impulsive + unclear.

## PRELIMINARY TREATMENT PLAN

| PROBLEMS IDENTIFIED | GOALS | SUGGESTED TREATMENT |
|---|---|---|

## DISPOSITION AND RECOMMENDATIONS

☐ GENERAL POPULATION WITH NO FOLLOW-UP    ☐ GENERAL POPULATION WITH MENTAL HEALTH FOLLOW-UP
   ☐ Clinician  ☐ Psychiatrist

MENTAL OBSERVATION HOUSING
☐ Cell  ☐ Dormitory  ☒ Suicide Watch
☐ Mental Health Center  ☐ Hospital
☐ Other: _____

AXIS I: Psychosis NOS          AXIS I: deferred
AXIS II: deferred
AXIS III: multiple contusions
AXIS IV: Stressors ☐ None  ☐ Mild  ☒ Moderate  ☐ Severe  ☐ Extreme
AXIS V: GAF Past ___  GAF Present 55-60

D. Noel, CSW     1.15.10

CLINICIAN – PRINT, TITLE AND SIGNATURE   DATE   RECEIVED BY UNIT CHIEF OR CLINICAL SUPERVISOR – SIGNATURE AND TITLE   DATE

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____  No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _none_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____  No ✓  Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____  No ✓  Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____  No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____  No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _none_

1. Which claim(s) in this complaint did you grieve? _none_

2. What was the result, if any? _none_

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _none_

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _Because_

I don't Know How I Can do it.

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: None

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Some copies from my medical Record. The precinct camera Recorded everything happend in there.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). 10,000,000. Ten million dollars Because is the fair and justified.
Because my civil Rights were violated.
Because they gave me critical Hits without any consideration
Because they broke my teeth And today I'm suffering from the consequences.
Because they fractured one of my hands And today I'm suffering from the consequences.
Because they hit my head very hard And today I'm suffering from the consequences.
Because in the Metropolitan Hospital Center and the correctional facilities they did not give me adequate Medical Attention.

Rev. 05/2010                    7

VI. **Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____
_____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
_____
3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of december, 2012.

Signature of Plaintiff _Quiles C._

Inmate Number _12A0829_

Institution Address _Great Medow Correctional Facity. Box. 51 Comstock, NY. 12821_

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 28 day of december, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Quiles C._

Rev. 05/2010

9